U.S. DISTRICT COURT
N.D. OF N.Y.
FILED

DEC 0 2 2010

LAWRENCE K. BAERMAN, CLERK
ALBANY

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF NEW YORK

**********************************

| | |
|---|---|
| UNITED STATES OF AMERICA | **I N D I C T M E N T** |
| | Criminal Action No. |
| v. | 1:10-CR-_0571_ (_GLS_) |
| **VON SCOTT LINDAHL,** | Vio: 18 U.S.C. §§ 922(g)(1) & 924(a)(2) |
| Defendant. | [1 Felony Count / 1 Allegation] |

**********************************

County of Offense: Warren

### COUNT 1
(Possession of a Firearm by a Prohibited Person)

**THE GRAND JURY CHARGES:**

On or about November 17, 2010, at or near Queensbury in the State and Northern District of New York, **VON SCOTT LINDAHL**, the defendant herein, having previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, a firearm, to wit, a Puma / Rossi, model M92, .357 caliber rifle (serial no. 357-464); a Jin An, model SPM-410, .410 caliber shotgun (serial no. 9001371); and a Marlin, model 75, .22 caliber rifle (serial no. 25335574), respectively, which were manufactured outside of New York.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924 (a)(2).

## FORFEITURE ALLEGATION

Count 1 of this Indictment is realleged and incorporated by reference as though fully set forth herein. As a result of committing the offense alleged in Count 1 of this Indictment, if convicted, the defendant, **VON SCOTT LINDAHL**, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924 (d)(1), incorporating Title 19, United States Code, Section 1607-09 by Title 18, United States Code, Section 3051(c), his interest, if any, in any and all firearms, involved in a violation of Title 18, United States Code, Section 922 (g)(1).

The intent of the United States of America to forfeit such property includes, but is not limited to the following:

## FORFEITABLE PROPERTY

1.   **One Puma / Rossi, model M92, .357 caliber rifle (serial no. 357-464);**
2.   **One Jin An, model SPM-410, .410 caliber shotgun (serial no. 9001371); and**
3.   **One  Marlin, model 75, .22 caliber rifle (serial no. 25335574)**

## SUBSTITUTE ASSETS

If any property described above as being subject to forfeiture, as a result of any act or omission of the Defendant:

a) cannot be located upon the exercise of due diligence;

b) has been transferred or sold to, or deposited with, a third party,

c) has been placed beyond the jurisdiction of the court;

d) has been substantially diminished in value; or

e) has been commingled with other property which cannot be divided without difficulty;

2

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the Defendant up to the value of the forfeiture judgment.

A TRUE BILL.

Dated: December 2, 2010

FOREPERSON OF THE GRAND JURY

RICHARD S. HARTUNIAN
UNITED STATES ATTORNEY

BY: _____
RICHARD D. BELLISS
ASSISTANT U.S. ATTORNEY

3