UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

      v.

VON SCOTT LINDAHL,

      Defendant.

GOVERNMENT'S EXHIBIT LIST

Criminal No. 10-CR-571 (GLS)

The Government hereby files its Exhibit List.

| Number | Description |
|---|---|
| 1 | diagram of 2297 Ridge Road, Queensbury on November 17, 2010 |
| 2 | photographs taken during execution of search warrant at 2297 Ridge Road on November 17, 2010 |
| 3 | Puma / Rossi, model M92, .357 caliber rifle (serial no. 357-464) |
| 4 | Jin An, model SPM-410, .410 caliber shotgun (serial no. 9001371) |
| 5 | Marlin, model 75, .22 caliber rifle (serial no. 25335574) |
| 6 a-d | Ammunition for .410 caliber shotgun (4) |
| 7 a, b | Ammunition for .357 caliber rifle (2) |
| 8 | Joan Denton check for purchase of firearms |
| 9 | Certified copy of felony conviction for Lindahl |
| 10 | Arrest photo associated with felony conviction |
| 11 | Fingerprint images for felony arrest on 2/11/04 |

| 12 | Fingerprints images for Warren County arrest on 11/17/10 |
|----|---|
| 13 | Fingerprints for ATF arrest on 11/23/10 |

                                                Respectfully submitted,

                                                RICHARD S. HARTUNIAN
                                                UNITED STATES ATTORNEY

By:          */s/ Tina E. Sciocchetti*
                Tina E. Sciocchetti
                Assistant U.S. Attorney
                Bar Roll No. 105218