United States District Court

Notice to the Court
Northern District of New York

I infact Von Scott of the Lindahl clan require more time to enter papers post-trial. I require transcripts and a complete docket list with all the papers filed.
Re: Criminal No. 10-CR-571

Von Scott of the Lindahl clan

June 14, 2011
I like manner as Fed Rule 29, motion for a judgement of aquital, and/or Fed Rule 33 motion for new jury trial. I require 60 days after I recieve All of the requested papers.

All Rights Reserved
Von Scott of the Lindahl clan
I.D.C.

The court construes the defendant's letter as his Rule 29 and 33 motion. The court grants the defendant's request for the request of the transcripts and the docket sheet. The court directs the Federal Public Defender to submit a CJA-24 form to the court reporter for the transcripts and the Clerk of the Court to provide a copy of the docket sheet to the defendant. Upon defendant's receipt of the transcripts, the court grants the defendant sixty (60) days to supplement his motion. The government's response papers are to be filed on or before thirty (30) days from the filing of defendant's supplemental papers. IT IS SO ORDERED.

Date:   June 14, 2011
        Albany, New York

Gary L. Sharpe
U.S. District Judge